# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2016

153629

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JUAN CARLOS BARRERA,
   Defendant-Appellant.

SC: 153629
COA: 331318
Van Buren CC: 15-019892-FC

_____/

   On order of the Court, the application for leave to appeal the March 10, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   MARKMAN, J. (*concurring*). For the reasons set forth in my concurring statement in *People v Keefe*, 498 Mich 962 (2015), I concur with the Court's order as it pertains to the sentence imposed in this case.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2016



Clerk

p1108